McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and JASON SCHMIDT, Revenue Officer, Internal Revenue Service, | 2:08-mc-00004-WBS-DAD |
|---|---|
| Petitioners, | **PETITIONERS' NOTICE OF COMPLIANCE AND REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE; AND ORDER** |
| v. | Taxpayer: JEFFREY P. HALL |
| JEFFREY P. HALL | Date: Friday, February 29, 2008 |
| Respondent. | Time: 10:00 a.m.<br>Ctrm: Hon. Dale A. Drozd<br>(Crtrm. #27, 8th Floor) |

TO THIS HONORABLE COURT:

　　　PLEASE TAKE NOTICE that in petitioners' view, respondent has sufficiently complied with the summons at issue in this tax summons enforcement proceeding. Therefore, petitioners request that the Court dismiss the proceeding without prejudice and take the show cause hearing set for February 29, 2008, at 10:00 a.m., before Judge Drozd, off calendar. A suggested form of Order is included here.

Dated: February 11, 2008　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　　*/s/ Y. H. T. Himel*
　　　　　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney

## ORDER

On the petitioners' request for voluntary dismissal, premised on sufficient compliance with the IRS summons, this proceeding is DISMISSED WITHOUT PREJUDICE.

The Clerk shall take the show cause hearing set before me for February 29, 2008, at 10:00 a.m., OFF CALENDAR.

It is SO ORDERED.

DATED: February 12, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/hall0004.ord